**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **WILMINGTON TRUST COMPANY,** § | | |
| Plaintiff, § | | |
| v. § | | No. 3:15-CV-2024-M (BF) |
| **BRAD PRUITT and JOYCE PRUITT,** § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated December 28, 2016. The Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice for lack of jurisdiction.

**SO ORDERED,** this 19th day of January, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE